Certificate Number: 13858-PAE-DE-038373829

Bankruptcy Case Number: 21-12262



13858-PAE-DE-038373829

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 12, 2024</u>, at <u>2:30</u> o'clock <u>PM EDT</u>, <u>Iris Mejia</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 12, 2024</u>              By:  <u>/s/Marco Vera</u>

                                      Name:  <u>Marco Vera</u>

                                      Title:  <u>Counselor</u>